Ariel A. Neuman - State Bar No. 241594
   aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
   wjohnston@birdmarella.com
Michael C. Landman - State Bar No. 343327
   mlandman@birdmarella.com
Devon E. Porter - State Bar No. 308365
   dporter@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00453-JLS |
| Plaintiff, | **DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO LIFT AEO ORDER, AS TO SERGIN BARAN KORKMAZ IN LIGHT OF NEW FACTS** |
| vs. | |
| GRIGOR TERMENDJIAN, | |
| Defendant. | |
| | Assigned to Hon. Josephine L. Staton |

4000802.3

## DECLARATION OF ARIEL A. NEUMAN

I, Ariel A. Neuman, declare as follows:

1.      I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant Grigor Termendjian in this action.  I make this declaration in support of Defendant's Motion For Reconsideration Of Court's Order Denying Motion To Lift AEO Order, As To Sergin Baran Korkmaz In Light Of New Facts.  Because this declaration is made for that limited purpose, it does not purport to set forth all of the information I have about these matters.  Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      Attached hereto as Exhibit A is a true and correct copy of the Order of Detention Pending Trial in *United States v. Korkmaz,* Case No. 2:21-CR00140-JNP-JCB, Dkt. 32.[1]

3.      Attached hereto as Exhibit B is a true and correct copy of the Notice of United States' Position Regarding Detention by USA as to Sezgin Baran Korkmaz, *United States v. Korkmaz,* Case No. 21:21-CR00140-JNP-JCB, Dkt. 26.

4.      Attached hereto as Exhibit C is a true and correct copy of the docket in *United States v. Korkmaz,* Case No. 2:21-CR00140-JNP-JCB.  A review of the docket reveals numerous missing entries between May 2023 and April 2024.  From speaking to a former AUSA who practiced in the District of Utah, I understand that these missing entries mean there are under seal filings on the docket.  The DOJ trial attorneys who have been prosecuting Mr. Termendjian's case also appear on the *United States v. Korkmaz* docket.

5.      During a meet and confer call, undersigned counsel inquired about the

---

[1]   Each of the court documents attached to this declaration were downloaded from the respective court websites, which is how they were authenticated.

4000802.3

1

short time between the scheduled trial dates for the *United States v. Termendjian* and *United States v. Korkmaz* trials.  Government counsel confirmed that both Mr. Rolwing and Ms. Suhr intend to be part of the trial teams in both cases.

6.      Attached hereto as Exhibit D is a true and correct copy of Defendant's Unopposed Motion to Continue Trial in *United States v. Korkmaz,* Case No. 1:21-CR00140-JNP-JCB, Dkt. 65.

7.      Attached hereto as Exhibit E is a true and correct copy of a letter I sent to the prosecutors in this case, dated October 4, 2024.

8.      Attached hereto as Exhibit F is a true and correct copy of a responsive letter I received, dated October 14, 2024.

9.      Attached hereto as Exhibit G is a true and correct copy of a letter I sent to the prosecutors in this case, dated October 16, 2024.

10.      Attached hereto as Exhibit H is a true and correct copy of the Seventh Joint Status Report in *Ayasli v. Korkmaz et al.*, 2:20-cv-09388-CAS-PD, Dkt. 192.

11.      Attached hereto as Exhibit I is a true and correct copy of the Superseding Indictment in *United States v. Korkmaz,* Case No. 1:21-CR00140-JNP-JCB, Dkt. 5.

12.      Attached hereto as Exhibit J is a true and correct copy of the Minutes granting the Motion for Stay of the Entire Action in *Ayasli v. Korkmaz et al.*, 2:20-cv-09388-CAS-PD, Dkt. 183.

13.      Attached hereto as Exhibit K is a true and correct copy of Exhibit C to Lev Aslan Dermen's Motion for a New Trial in *United States v. Kingston et al.*, 2:18-cr-00365-JNP, Dkt. 1603-3.

14.      Attached hereto as Exhibit L is a true and correct copy of Exhibit D to Lev Aslan Dermen's Motion for a New Trial in *United States v. Kinston et al.*, 2:18-cr-00365-JNP, Dkt. 1603-4.

15.      On October 28, 2024, undersigned counsel contacted government counsel to advise them of this motion and inquire whether government counsel

4000802.3

2

wished to further meet and confer.

16.     Undersigned counsel conferred with counsel for the government on October 30 via video conference.  During that meeting, the prosecutors identified certain documents relating to Korkmaz that the government believed it had already produced, and indicated that if counsel was unable to locate any of those documents the government would ensure they were produced.  The government also indicated that it had recently obtained an Artificial Intelligence-generated English translation of a recent Turkish language media interview by Korkmaz that it would produce to the defense.  The government confirmed that its prior estimate of "15-25" records that were being withheld pursuant to the AEO Protective Order was accurate at the time, and that while the number had grown as the government continued its investigation, the new documents were not significant in number.  The government indicated that it did not plan to produce any additional documents in response to defense counsel's October 4, 2024 letter prior to the Court-ordered February 4, 2025 disclosure deadline.  During the conference, the government did not deny that Korkmaz was a cooperating witness.

17.     Later on October 30, the government followed up with an email containing much of the same information discussed during the meet and confer call regarding previously-produced documents and attaching the AI translation of the Korkmaz interview.

18.     After subsequent correspondence, the government produced a copy of one "safe passage" letter allowing Korkmaz to come to the United States for an interview or testimony.

19.     Attached hereto as Exhibit M is a true and correct copy of *US court orders release of Turkish businessman accused of fraud: report,* TURKISH MINUTE, Aug. 3, 2023, https://www.turkishminute.com/2023/08/03/us-court-order-release-turkish-businessman-accused-fraud-report/amp/.

20.     Attached hereto as Exhibit N is a true and correct copy of *Turkish*

4000802.3

3

*businessman accused of defrauding US tried to donate $50Kto Mayor Adams: report,* TURKISH MINUTE, Sept. 30, 2024, https://www.turkishminute.com/2024/09/30/turkish-businessman-accused-defraudingus-tried-donate-50k-to-mayor-adams-report/amp/.

21.    Attached hereto as Exhibit O is a true and correct copy of Isaac Arnsdorf, *Robert Mueller Subpoenas an Associate of the Man Who Hired Michael Flynn as a Lobbyist,* PROPUBLICA, Sept. 29, 2017, https://www.propublica.org/article/robert-mueller-subpoenas-associate-man-hired-michael-flynn-lobbyist.

22.    Attached hereto as Exhibit P is a true and correct copy of United States Department of Justice Press Release, *Two Men Charged with Conspiracy and Acting as Agents of a Foreign Government,* OFFICE OF PUBLIC AFFAIRS, Dec. 17, 2018, https://www.justice.gov/opa/pr/two-men-charged-conspiracy-and-acting-agents-foreign-government.

23.    Attached hereto as Exhibit Q is a true and correct copy of Vivian Salama and Jared Ma, *U.S. and Turkey Caught in Extradition Fight for Businessman With Ties to Turkish Elite,* WALL STREET JOURNAL, Aug. 2, 2021, https://www.wsj.com/articles/u-s-and-turkey-caught-in-extradition-fight-for-businessman-with-ties-to-turkish-elite-11627905600.

24.    Attached hereto as Exhibit R is a true and correct copy of Atilla Yeşilada, *Turkey has a new Reza Zarrab problem: SBK,* P.A. TURKEY, Jul. 15, 2022, https://www.paturkey.com/news/turkey-has-a-new-reza-zarrab-problem-sbk/2022.

25.    Attached hereto as Exhibit S is a true and correct copy of Lukas I. Alpert, *'Grandpa' will fix it: Turkish moneyman claimed CIA contacts could save Utah polygamist brothers from biofuel fraud prosecution, but feds say it was a scam too,* MARKET WATCH, Jul. 20, 2022, https://www.marketwatch.com/story/grandpa-will-fix-it-a-turkish-moneyman-claimed-cia-contacts-could-save-utah-polygamist-

4000802.3

4

DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO LIFT AEO ORDER

brothers-from-biofuel-fraud-prosecution-but-feds-say-it-was-a-scam-too-11658341466.

26.    Attached hereto as Exhibit T is a true and correct copy of Abdullah Bozkurt, *Turkish swindler Sezgin Baran Korkmaz recounts how he befriended a former CIA director,* NORDIC MONITOR, Sep. 16, 2024, https://nordicmonitor.com/2024/09/turkish-swindler-sezgin-baran-korkmaz-recounts-how-he-befriended-a-former-cia-director/.

27.    Attached hereto as Exhibit U is a true and correct copy of Atilla Yeşilada, *Turkish tycoon's 'extraordinary' attempts to play role in US pastor's release revealed,* TURKISH MINUTE, Jun. 17, 2021, https://www.turkishminute.com/2021/06/17/turkishtycoonsextraordinary-attempts-to-play-role-in-us-pastors-release-revealed/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on November 6, 2024, at Los Angeles, California.

_____
Ariel A. Neuman

4000802.3

5

DECLARATION OF ARIEL A. NEUMAN IN SUPPORT OF DFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER DENYING MOTION TO LIFT AEO ORDER