Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
William E. Johnston - State Bar No. 287707
    wjohnston@birdmarella.com
Devon E. Porter - State Bar No. 308365
    dporter@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Grigor Termendjian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00453-JLS |
| Plaintiff, | **DECLARATION OF WILLIAM E. JOHNSTON IN SUPPORT OF DEFENDANT'S MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF CO-CONSPIRATOR STATEMENTS** |
| vs. | |
| GRIGOR TERMENDJIAN, | |
| Defendant. | |
| | Date:    August 7, 2025<br>Time:    2:15 PM<br>Crtrm.:  8A |
| | Assigned to Hon. Josephine L. Staton |

4059822.1

## DECLARATION OF WILLIAM E. JOHNSTON

I, William E. Johnston, declare as follows:

1.      I am an active member of the Bar of the State of California and a Partner with Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP, attorneys of record for Defendant Grigor Termendjian in this action. I make this declaration in support of Defendant's Motion for Pretrial Determination of Admissibility of Co-Conspirator Statements. Because this declaration is made for that limited purpose, it does not purport to set forth all of the information I have about these matters. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2.      **Exhibit A** is a copy of the public court schedule on January 22, 2025 for Magistrate Judge Daphne A. Oberg of the District of Utah, and shows Sezgin Baran Korkmaz scheduled for a change of plea.

3.      I, paralegals, and other attorneys at my law firm have reviewed a substantial portion of the discovery that the government has produced in this case. During the course of our review, we have not identified any text messages, emails, audio recordings, or witness statements suggesting that the tax submissions and financial transactions identified in the Indictment as Mr. Termendjian's overt acts in furtherance of the conspiracy were done in coordination with anyone else. This review has included text messages between Jacob Kingston and Mr. Termendjian. We have not located in the government's discovery any text messages or other correspondence or communications between Sezgin Baran Korkmaz and Mr. Termendjian.

4.      When we asked the government to identify any evidence supporting its allegations that Mr. Termendjian knowingly and willfully participated in the charged conspiracies, the prosecutors merely referred back to the tax submissions and financial transactions identified in the Indictment as the sole evidence produced

4059822.1

1

to date. The prosecutors have indicated in correspondence, including a letter written on May 31, 2024, that evidence supporting Mr. Termendjian's knowing and willful participation in the charged conspiracies will come in the form of witness statements that have not been disclosed to defense counsel due to the attorney-eyes-only (AEO) protective order.

5.    I and other attorneys at my firm have reviewed the trial transcripts for *United States v. Lev Dermen*, No. 2:18-CR-365-JNP-BCW (D. Utah), including the testimony of Jacob Kingston. Other than answering a question from the prosecutor about who Grigor Termendjian is, Kingston never mentioned Mr. Termendjian in his testimony, and he did not identify Mr. Termendjian as a participant in a money laundering conspiracy. Indeed, Jacob Kingston testified he did not know that monies he sent to Turkey in 2014 and 2015 had been sent back to the United States. A copy of the excerpted trial transcript is attached as **Exhibit B**.

6.    I and other attorneys at my firm have also reviewed the exhibits admitted at Dermen's trial, including text messages between Korkmaz and Jacob Kingston. Many of these text messages discuss Korkmaz investing money for Kingston in Turkey or sending money to Turkey, or discuss how Kingston can get protection from legal jeopardy. An example is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on July 2, 2025, at Los Angeles, California.

_____
William E. Johnston

4059822.1

2

# EXHIBIT A

## DISTRICT OF UTAH COURT CALENDAR
### Magistrate Judge Daphne A. Oberg
(This calendar last updated on January 20, 2025 08:52 AM

## Rm 8.400

## Wednesday, 1/22/2025

| TIME | CASE NUMBER | CASE TITLE | HEARING | AUSA | ATTY | USMS |
|---|---|---|---|---|---|---|
| 09:30 AM | 2:20cr388-HCN | USA v. Hassan Noor | Review of Detention | Samuel Pead | Emily Stirba | Yes |
| 10:00 AM | 1:25cr2-HCN | SEALED | Initial Appearance | Mark Hirata | Audrey James | Yes |
| 10:15 AM | 2:22cr154-HCN | USA v. Patrick Christensen | Initial Appearance/Revocation | Thaddeus May | Tessa Hansen | Yes |
| 10:30 AM | 2:22cr196-DBB | USA v. Carlos Aparicio Hernandez | Change of Plea Hearing | Carol Dain | Benjamin McMurray | Yes |
| 11:00 AM | 2:21cr199-CW | USA v. Christopher Sauer | Review of Detention | Mark Hirata | Justin Knell | Yes |
| 01:45 PM | 2:23cr153-DAK | USA v. Robert MacLean | Arraignment | Michael Kennedy | Aaron Clark | Yes |
| 02:00 PM | 2:21cr140-JNP | USA v. Sezgin Baran Korkmaz | Change of Plea | Richard Rowling | Matthew Crowl | No |
| 02:30 PM | 2:19cr93-TC | USA v. Steven Manolito | Detention Hearing | Thaddeus May | Scott Williams | Yes |

# EXHIBIT B

Case 2:18-cr-00365-JNP Document 1041 Filed 06/10/20 Page 120 of 135
#:770

Government's Exhibit 6-37.3.

MR. GERAGOS: Subject to the previous.

THE COURT: It's received.

(Whereupon, Government's Exhibit 6-37.3 was received.)

Q. BY MR. ROLWING: Who is Grigor Termendzhyan?

A. Levon's brother.

Q. And did you play any role in the opening of a bank account in the name of Speedy Lion Renewable Fuel Investments while you were on this trip to Greece?

A. No.

Q. While you were in Turkey?

A. No.

Q. Did the $9 million that you had Isaiah wire to Turkey to Komak and the 1 million to Viscon on September 9th, 2013, have anything to do with Renewable Fuel Investments?

A. No.

Q. Did you know while you were on this trip to Turkey and to Greece that the $9 million that you sent to Komak was wired back to the United States into an account --

MR. GERAGOS: Objection; foundation; calls for speculation.

THE COURT: It's also leading. Sustained.

Q. BY MR. ROLWING: Did you know where this $9 million went?

A. Not at the time.

918

Case 2:23-cr-00453-JLS   Document 81-1   Filed 07/02/25   Page 8 of 11   Page ID
Case 2:18-cr-00365-JNP   Document 1041   Filed 06/10/20   Page 121 of 135
#:771

Q.   Did you ever learn what happened to the $9 million you sent to Komak?

MR. GERAGOS:   Objection; calls for speculation.

THE COURT:   You can answer yes or no, and that's it.

THE WITNESS:   Yes.

Q.   BY MR. ROLWING:   Who did you learn it from?

A.   From you.

MR. GERAGOS:  Exactly.  Motion to strike.

THE COURT:  If the jury can just disregard that last set of questions and answers and not make any inferences from any of the questions that were asked on that topic.

MR. GERAGOS:  May I have one moment, Your Honor?

THE COURT:  You may.

(Time lapse.)

MR. GERAGOS:  May we approach?

THE COURT:  You may.

(Whereupon, the following proceedings were
held at the bench:)

MR. GERAGOS:  I know we haven't gotten into it.

THE COURT:  You need to speak in here.

MR. GERAGOS:  Sure.  I want to highlight for the Court exactly what I was complaining about in the response to what the government filed yesterday about my cross-examination tactics.  Part of my frustration here is --

919

A.    I don't know.

Q.    Okay.  Ms. Bonney, you can take that down.

During 2014, did you continue to ask for money back from Turkey?

A.    Yes, I did.

Q.    Did you ever know in 2014 or '15 that any of the money you had sent to Turkey had been sent back to the United States?

A.    No, I didn't.

Q.    Yesterday we ended with you having text messages with Umut Uygan, these requests for money and the payment you were expecting from Baran in Switzerland. Do you remember that?

A.    Yes.

Q.    Let's go to 6-66.11.  Do you remember what the dates of the texts concerning Baran going to Switzerland were we went over yesterday?

A.    I would have to look to refresh my memory.

Q.    Let's look at 6-66.10 if you can.  Yeah, I believe it is 10, Ms. Bonney.

Can you show that just to the witness, Ms. Schaerrer, even though it is in evidence.

MR. GERAGOS:  I'm sorry, what?

MR. ROLWING:  Is it not that one.

MS. BONNEY:  No.

1095

# EXHIBIT C

| 822 | 6/20/2018 | 3:13:52 PM | 90 (532) 268-4344 | | The murky nature of Hillary Clinton's former presidential campaign fund continues to rise to the surface |
|---|---|---|---|---|---|
| 821 | 6/20/2018 | 3:16:41 PM | Jacob Kingston | I know. Aslan talks (Talks with Aslan) | |
| 820 | 6/20/2018 | 3:17:12 PM | 90 (532) 268-4344 | | ? |
| 819 | 6/20/2018 | 3:17:45 PM | Jacob Kingston | 📚 | |
| 818 | 6/20/2018 | 3:17:54 PM | Jacob Kingston | two hours | |
| 817 | 6/20/2018 | 3:19:47 PM | 90 (532) 268-4344 | | Ok |
| 816 | 6/20/2018 | 3:20:05 PM | 90 (532) 268-4344 | | Grandpa 📞 ? |
| 815 | 6/20/2018 | 3:20:24 PM | Jacob Kingston | two hours | |
| 814 | 6/20/2018 | 3:20:39 PM | Jacob Kingston | Minneapolis | |
| 813 | 6/20/2018 | 3:21:09 PM | 90 (532) 268-4344 | | Did you send it |
| 812 | 6/20/2018 | 3:21:32 PM | Jacob Kingston | No. Isaiah still can if it comes. | |
| 811 | 6/20/2018 | 3:21:37 PM | 90 (532) 268-4344 | | Grandpa asks |
| 810 | 6/20/2018 | 3:22:16 PM | Jacob Kingston | Big problems here | |
| 809 | 6/20/2018 | 3:22:26 PM | 90 (532) 268-4344 | | ok |
| 808 | 6/20/2018 | 3:23:38 PM | 90 (532) 268-4344 | | Subject is closed then |
| 807 | 6/20/2018 | 3:23:41 PM | Jacob Kingston | I will know tonight if it is coming this week. Or it will be next week. From texas. Malaysia is a mother fucker | |
| 806 | 6/20/2018 | 3:24:18 PM | 90 (532) 268-4344 | | So you no need you to come |
| 805 | 6/20/2018 | 3:24:31 PM | Jacob Kingston | You can't put that kind of timeline on this. We move as fast we we can. | |
| 804 | 6/20/2018 | 3:27:39 PM | 90 (532) 268-4344 | | The can't trust me anymore about it because of you |
| 803 | 6/20/2018 | 3:33:00 PM | Jacob Kingston | Why? | |
| 802 | 6/20/2018 | 3:33:30 PM | Jacob Kingston | They cant put this timeline on this | |
| 801 | 6/20/2018 | 3:33:43 PM | Jacob Kingston | They know how bad it is for us | |
| 800 | 6/20/2018 | 3:34:19 PM | Jacob Kingston | I'm in flight now | |
| 799 | 6/20/2018 | 3:35:10 PM | 90 (532) 268-4344 | | 10 Times we changed the date |
| 798 | 6/20/2018 | 3:35:27 PM | Jacob Kingston | I don't think you understand. There's no reason for me to come home if we don't get help. | |
| 797 | 6/20/2018 | 3:36:10 PM | Jacob Kingston | We have been fucked for 2 years. | |
| 796 | 6/20/2018 | 3:37:07 PM | 90 (532) 268-4344 | | You don't know how much I understand you! Believe me |
| 795 | 6/20/2018 | 3:37:33 PM | Jacob Kingston | Aslan told me help was there. And even he denies us. | |
| 794 | 6/20/2018 | 3:38:10 PM | Jacob Kingston | I never gave a date on the money. I told you everything I know. | |
| 793 | 6/20/2018 | 3:38:48 PM | 90 (532) 268-4344 | | I tried to do everything for you and your family |
| 792 | 6/20/2018 | 3:39:08 PM | Jacob Kingston | And Aslan has no abilities? | |
| 791 | 6/20/2018 | 3:39:18 PM | Jacob Kingston | I know I paid him enough | |
| 790 | 6/20/2018 | 3:40:00 PM | 90 (532) 268-4344 | | Aslan is staying away from you |
| 789 | 6/20/2018 | 3:40:55 PM | Jacob Kingston | I know. I was there yesterday | |
| 788 | 6/20/2018 | 3:41:10 PM | 90 (532) 268-4344 | | Plan? |
| 787 | 6/20/2018 | 3:41:50 PM | 90 (532) 268-4344 | | grandpa personnel in here |
| 786 | 6/20/2018 | 3:42:23 PM | 90 (532) 268-4344 | | Wait for the money |
| 785 | 6/20/2018 | 3:42:46 PM | Jacob Kingston | There is nothing for me at home. I paid everything we had. And LDS church is fucking us | |
| 784 | 6/20/2018 | 3:42:47 PM | Jacob Kingston | I'll go to Syria | |
| 783 | 6/20/2018 | 3:42:52 PM | Jacob Kingston | I don't care | |

**Page 24**