Name & Address:

Ariel A. Neuman (SBN: 241594)/William E. Johnston (SBN: 287707)
Michael C. Landman (SBN: 343327) /Devon E. Porter (SBN: 308365)
Bird, Marella, Rhow, Lincenberg,
Drooks & Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California   90067-2561
Telephone:   (310) 201-2100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GRIGOR TERMENDJIAN,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-CR-00453-JLS<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually  ☒ Filed  ☐ Lodged: (**List Documents**):

1) Defendant Grigor Termendjian's Unopposed *Ex Parte* and *In Camera* Application for Issuance of Early-Return Subpoenas *Duces Tecum;*
2) Declaration of Devon E. Porter in Support of Defendant Grigor Termendjian's *Ex Parte* and *In Camera* Application for Issuance of Early-Return Subpoenas *Duces Tecum;* and
3) [Proposed] *In Camera* Order

**Reason:**

☐  Under Seal

☒  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

| | |
|---|---|
| July 14, 2025 | */s/ William E. Johnston* |
| Date | Attorney Name |
| | Attorneys for Defendant Grigor Termendjian |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          **NOTICE OF MANUAL FILING OR LODGING**
4063754.1

American LegalNet, Inc.
www.FormsWorkFlow.com