NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GRIGOR TERMENDJIAN,<br><br>Defendant. | CASE NO. 2:23-CR-00453-JLS<br><br>**ORDER CONTINUING TRIAL AND PRETRIAL DATES**<br><br>**ORDER DENYING WITHOUT PREJUDICE GOVERNMENT'S MOTION RE TRIAL MATTERS (DOC. 98)** |

The Court has read and considered the parties' Stipulation to Continue Trial and Pretrial Dates. The Court hereby finds that the Stipulation demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (iv) the case is so unusual or so complex due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.  THEREFORE, FOR GOOD CAUSE SHOWN, the Court sets the schedule that appears below.[1]  Additionally, the Court ORDERS:

1.     The trial in this matter is set for October 13, 2026 at 9:00 a.m. The pretrial conference currently set for February 19, 2026 is vacated and reset to September 29, 2026 at 10:30 a.m.

2.     Trial shall not be held on October 22, 23, and 26, 2026. The Court will discuss with the parties whether those dates can be used for other case-related purposes and whether trial can be held on October 30, 2026, if necessary.

3.     The time period of March 3, 2026 to October 13, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (B)(ii), and (B)(iv).

---

[1] The Court has adjusted the schedule proposed by the parties to account for the Court's schedule and to allow for a briefing schedule in conformity with the Court's Order re Criminal Proceedings, which states that briefing on criminal motions are to be on the schedule specified the Court's Local Civil Rules. (Doc. 46 at 2-3.)  The parties are also reminded that criminal motions are subject to a meet-and-confer requirement.  (*See id.* at 2.)

1

4.  Defendant shall appear in Courtroom 8A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 13, 2026.

5.  The Pretrial Schedule previously ordered is hereby amended as follows:

| EVENT/FILING | DAYS BEFORE TRIAL | DEADLINE |
| --- | --- | --- |
| *BRADY/GIGLIO* DEADLINE[2] | 1 week before filing deadline for pretrial motions | Thursday, July 16, 2026 |
| **FILING:** PRETRIAL MOTIONS (OTHER THAN MILs AND *DAUBERT* MOTIONS)[3] | | |
| FILING DEADLINE | 4 weeks before hearing date | Thursday, July 23, 2026 |
| OPP DEADLINE | 3 weeks before hearing date | Thursday, July 30, 2026 |
| REPLY DEADLINE | 2 weeks before hearing date | Thursday, August 6, 2026 |
| GOV EXPERT DISCLOSURES (IF ANY)[4] | 15 days before Defendant's disclosure | Monday, July 27, 2026 |
| 404(B) EVIDENCE DISCLOSURE DEADLINE | 57 days before trial | Monday, August 17, 2026 |
| **HEARING:** PRETRIAL MOTIONS (OTHER THAN MILs AND *DAUBERT* MOTIONS) | 7 weeks + 5 days before trial | Thursday, August 20, 2026 at 10:30 a.m. |
| DEF EXPERT DISCLOSURES | 5 weeks before hearing on MILs and *Daubert* Motions | Tuesday, August 25, 2026 |
| **FILING:** MILS AND *DAUBERT* MOTIONS | | |
| FILING DEADLINE | 4 weeks before hearing date | Tuesday, September 1, 2026 |
| OPP DEADLINE | 3 weeks before hearing date | Tuesday, September 8, 2026 |
| REPLY DEADLINE | 2 weeks before hearing date | Tuesday, September 15, 2026 |

---

[2]  This is the deadline by which the Government must produce all *Brady* and/or *Giglio* material other than that which it is permitted to disclose later in time by Court order or applicable law.  The Court has adjusted this deadline from that proposed by the parties to one week before the filing deadline for pretrial motions; this is to allow defense counsel to address any issues that arise from this production on the same schedule as any other pretrial motions.

[3]  Such motions may be filed earlier.

[4] The parties did not propose a deadline for the Government's disclosure.  It may be that the Government does not anticipate calling any experts; nevertheless, to account for the possibility that that was an oversight, the Court sets a deadline for doing so.  (*See* Cal. C.D. Local Crim. R. 16-1.)

| GOV EXHIBIT LIST | 39 days before trial | Friday, September 4, 2026 |
|---|---|---|
| GOV WITNESS LIST[5] | 5 weeks before trial | Tuesday, September 8, 2026 |
| GOV CHARTS AND SUMMARIES[6] | 5 weeks before trial | Tuesday, September 8, 2026 |
| AEO DISCLOSURE AND JENCKS DEADLINE | 4 weeks before trial | Tuesday, September 15, 2026 |
| GOV MARKED EXHIBITS AND REVISED EXHIBIT LIST | 4 weeks before trial | Tuesday, September 15, 2026 |
| PRETRIAL EXHIBIT STIPULATION | 3 weeks + 1 day before trial | Monday, September 21, 2026 |
| SUMMARY OF INDICTMENT | 2 weeks before trial | Tuesday, September 29, 2026 |
| **HEARING:** MILs AND *DAUBERT* MOTIONS/ FINAL PRETRIAL CONFERENCE | 2 weeks before trial | Tuesday, September 29, 2026 at 10:30 a.m. |
| JOINT JURY VERDICT FORM | 1 week before trial | Tuesday, October 6, 2026 |
| JOINT JURY INSTRUCTIONS | 1 week before trial | Tuesday, October 6, 2026 |
| PROPOSED VOIR DIRE | 1 week before trial | Tuesday, October 6, 2026 |
| GOV EXHIBIT BINDERS[7] | 4 days before trial | Friday, October 9, 2026 |
| **TRIAL DATE** | | Tuesday, October 13, 2026 |

6.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

---

[5] The witness list need not set forth the names of the AEO witnesses, but the total number of witness the Government expects to call must be disclosed.

[6] The government may, in good faith, provide finalized summaries/charts closer in time to trial based on the presentation of evidence at trial. The parties may not to seek to admit the draft charts and summaries into evidence.

[7] Four copies of witness binders (one for the bench, one for the witness stand, one for the prosecution, and one for the defense) are required for each witness called to testify.  These must be ready for distribution no later than just before each witness is called to the stand.

7.    Currently pending before the Court is the Government's sealed Motion Regarding Trial Matters, which was heard on September 25, 2025.  (Docs. 98 (sealed Motion) & 115 (Minutes).)  In light of the trial continuance, and the likelihood of additional factual development, the Court denies this Motion without prejudice.  The Government may re-notice its Motion closer to the trial date, and the parties may update their briefing if either side contends that the Court should consider additional facts or interim developments regarding the subject matter of this Motion.  Accordingly, the practice of filing "supplements" should cease.  Any re-noticed Motion must be filed no later than the filing deadline for pretrial motions (other than MILs and *Daubert* Motions).

**IT IS SO ORDERED.**

Dated: January 23, 2026

# JOSEPHINE L. STATON

Hon. Josephine L. Staton
United States District Judge

4