**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00453-JLS |
| Plaintiff, | |
| v. | **WRIT OF ENTRY** |
| GRIGOR TERMENDJIAN, | |
| Defendant. | |

Having found, as set forth in a concurrently issued Order Granting in Part the Government's Motion for Writ of Entry and as set forth below, the Court has found reasonable cause to issue the following Writ of Entry to preserve the Subject Properties (as defined herein) for forfeiture.

1.     A federal grand jury in this district returned a Superseding Indictment charging Defendant with multiple money laundering offenses in violation of 18 U.S.C. § 1956.  (Doc. 85.)

2.     The Subject Properties are subject to a (stayed) forfeiture order and/or a restraining order issued by the United States District Court for the District of Utah in *United States v. Jacob O. Kingston, et al.*, No. 2:18-cr-00365-JNP (D. Utah).

3.     The Superseding Indictment and the First and Second Bills of Particulars (Docs. 131-132) notify Defendant of the United States' intent to forfeit the Subject

Properties under 18 U.S.C. § 982(a)(1) as property involved in money laundering or traceable to such violations.

4.      The Subject Properties for which the writ of entry is sought would, in the event of the Defendant's convictions, and sufficient proof of nexus, be subject to forfeiture under 18 U.S.C. § 982(a)(1).

4.      The Court has jurisdiction to enter issue this Writ of Entry pursuant to 21 U.S.C. § 853(e)(1)(A), which is applicable to this case under 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

## WRIT OF ENTRY

**IT IS ORDERED** that the U.S. Department of Treasury, the Internal Revenue Service, or other applicable agency of the United States government, its agents, employees, and contractors (and such other federal state or local law enforcement officers as may be required) to enter upon the real property located at 14901 Holt Street, Mojave, California 95301.  They may do so

1.      for the purpose of conducting an inspection, inventory, and appraisal of the Subject Properties (described below)

2.      to document and assess the condition of the Subject Properties through still photography and video recording (that may include audio);

3.      to be accompanied by any appraiser(s) to appraise the condition and value of the Subject Properties;

4.      to be accompanied on any such occasion by any government or contract personnel necessary to accomplishing the Writ of Entry's purposes; and

5. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of any person acting under the Writ of Entry.

**Any person or entity** that is in current ownership and/or control of 14901 Holt

2

Street, Mojave, California 95301 shall permit the Government Officers to enter the premises, including any structures on the property that may contain any of the Subject Properties in order to inspect, photograph, inventory, and appraise the Subject Properties.

**No fewer than 72 hours in advance** of the anticipated entry onto the premises, the U.S. Department of Treasury, the Internal Revenue Service, or other applicable agency of the United States government shall contact the persons or entities in ownership and/or control of 14901 Holt Street, Mojave, California 95301 to advise of the date and time when they will conduct their inspection.

**Absent further court order, such inspection is limited** to a single day, and must occur during normal business hours (broadly defined as 8:00 a.m. to 6 p.m.) on non-holiday weekdays.

**Agent(s), relative(s), or employee(s)** of Mr. Termendjian may accompany and observe Government agents and other inspectors during this entry.

**This order *does not* authorize** the U.S. Department of Treasury, the Internal Revenue Service, or other applicable agency of the United States government to search for or to seize any items of personal property.

**SUBJECT PROPERTIES—DEFINED:**

1.     **MANUFACTURER AND MODEL Quantity (2)**

NEW 2013 Solar Turbine, Centaur 50 PG Gas Turbine Gen. Set, 3-phase, AC Power
Rating: 460 Volt/60Hz, including:
**Gas Turbine Engine** (SoLoNo(x1), Solar's Dry, Low NO (x), Combustion System); **Gear Box** (Speed-Reducing Gearbox, 1800 RPM/60Hz, (includes alignment tools)); **Generator** (Continuous Duty, TEWAC, 460v to 13,800 Volt. 60 hz, H Insulation, F Rise); **Start System** (Direct drive AC Motor); **Fuel** (Natural Gas); **Lube Oil** ((Main lube oil pump (engine-driven), pre/ post lube oil pump (AC)); **Gas Turbine Control and Monitoring System** (On-skid Turbotronic Control System with Video Display, Auxiliary Trend Display Screen, Heat Recovery Inter-face, English Language)

2.    **GAS COMPRESSOR Quantity (2)**
Manufacturer: Frick
Model: XJS 151L
Pressure: 35 psig (IN) / 215 psig (OUT)
Motor: 250HP, 460V, TEFC

3.    **HEAT RECOVERY STEAM GENERATOR AND SCR Quantity (2)**

Manufacturer: Rentech
Pressure: 130 psig
Output: 25,693 lbs/hr (59 Degrees F/ 60% RH)

4.    **EMISSION CONTROL Quantity (1)**

SCR: CO Catalyst, Ammonia Injection(19%) and Cormetech catalyst blocks
CEMS Manufacturer: CEMTEK
Description: Fully extractive stack CEMS in cabinets fully assembled and tested.
Complete certificates per unit included. Consumable spare parts included.

5.    **TRANSFORMER Quantity (1)**

Virginia Transformer
Rating 13.5/14.56/16/875/18.2MVA, 3 Phase, 60 HZ, 12.47kV Delta

6.    **Industrial Equipment and/or storage tank** purchased by Century Energy or Industrial Energy Solutions

7.    **Any asset purchased or traced to** the $275,000 transfer on 11/20/19 to Century Energy account #9961 ("welding machines, skid manufacturing, and a 5-ton crane")

**IT IS SO ORDERED.**

DATED:  January 29, 2026

_____
HON. JOSEPHINE L. STATON
United States District Judge