# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-00453-JLS | Date | February 25, 2026 |
|---|---|---|---|

| Present: The Honorable | JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | n/a |

| Kelly Davis | Not Present | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Grigor Termendjian | Not | | X | Not Present | | | |

**Proceedings**    (IN CHAMBERS)

On January 21, 2026, the Court received subpoenaed items/one flashdrive from Comerica Bank.

To protect sensitive information, subpoenas seeking items that are expected to contain such sensitive information should be requested in an under seal subpoena.  Alternatively a protective order should be sought to protect the items after they are produced.

Subpoenaed items were forwarded to the attorney or party who requested issuance of the subpoena.

_____ : _____

|  | Initials of Deputy Clerk | kd |
|---|---|---|

cc: