UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff

v.

GRIGOR TERMENDJIAN,

Defendant.

No. 2:23-CR-00453-JLS

ORDER RE BRIEFING

The Court has reviewed the Government's Ex Parte Application for an Order pursuant to 21 U.S.C. § 853(e) and Defendant's Opposition thereto. (Docs. 194 & 196.) The Government is directed to file, no later than July 6, 2026, a Reply brief that addresses arguments raised in Defendant's Opposition brief. Upon such filing, the Court will take the matter under submission.

**IT IS SO ORDERED.**

July 2, 2026
Date

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE